# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-14-92-GF-BMM |
| Plaintiff, | |
| vs. | |
| JOE LONG KNIFE, | ORDER |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on January 27, 2023. (Doc. 93.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on January 26, 2023. (Doc. 93.) The United States accused Joe Long Knife, (Long Knife) of violating his conditions of supervised release 1) by committing another crime; 2) by failing to notify his probation officer of a change in residence; 3) by failing to report for substance abuse testing. (Doc. 85.)

At the revocation hearing, Long Knife admitted that he had violated the terms of his supervised release 1) by committing another crime; 2) by failing to notify his probation officer of a change in residence; 3) by failing to report for substance abuse testing.  (Doc. 88.)  Judge Johnston found that the violations Long Knife admitted to be serious and warranted revocation, and recommended revocation of Long Knife's supervised release and recommended a custodial sentence of 6 months, with 18 months supervised release to follow.  (Doc. 93.)  Long Knife was advised of his right to appeal and his right to allocute before the undersigned. (Doc. 88.)  The violations prove serious and warrant revocation of Long Knife's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 93) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Joe Long Knife be sentenced to the Bureau of Prisons for 6 months, with 18 months supervised release to follow.

DATED this 16th day of February, 2023.

*[signature: Brian Morris]*
Brian Morris, Chief District Judge
United States District Court